**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JULIE AMANDA TILTON,**

    **Plaintiff,**

v.                                               Case No.  8:05-cv-692-T-30TGW

**PLAYBOY ENTERTAINMENT GROUP,
INC., et. al,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Add New Parties and Memorandum of Law in Support (Dkt. #43) and Playboy Defendants' Memorandum in Opposition to Plaintiff's Unopposed Motion to Add New Parties (Dkt. #45). The Court, having considered the motion, response, memoranda, and being otherwise advised in the premises, finds that Plaintiff's motion should be granted.

Nevertheless, the Court notes that this case is related to other pending cases currently before this Court (*Breitfeller et al. v. Playboy Entertainment Group, et al.* - Case No. 8:05-cv-405-T-30TGW, and *Tamika Badillo, et al. v. Playboy Entertainment Group, et al.* - Case No. 8:04-cv-591-T-30TBM) in which this Court has already personally admonished Plaintiffs' counsel on two separate occasions that Rule 11 Sanctions would be imposed against Plaintiffs and Plaintiffs' counsel, if Plaintiffs continue to pursue parties against which they have no legitimate basis for liability in these lawsuits.  In spite of this Court's clear and

repeated warnings, Plaintiff continues to add new parties to this lawsuit. Since none of the Defendants filed an answer in these proceedings prior to the filing of the Amended Complaint, the Court will allow Plaintiff to bring in new parties under the express limitation that Plaintiff should not bring in a party where there is no legitimate basis to do so.[1] If this Court finds that a new party has been added without a legitimate basis for liability against such party, this Court, upon a motion by any party or upon this Court's own initiative, may impose Rule 11 Sanctions against Plaintiff and Plaintiff's counsel. Plaintiff and Plaintiff's counsel have again been given fair warning by this Court.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion to Add New Parties and Memorandum of Law in Support (Dkt. #43) is GRANTED.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-692.add parties 43.wpd

---

[1] It appears that Plaintiff may face statute of limitation problems in relation to the addition of some of the new parties, but that will be resolved at a later date.