# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JULIE AMANDA TILTON,**

     **Plaintiff,**

**v.**                     **Case No.  8:05-cv-692-T-30TGW**

**PLAYBOY ENTERTAINMENT GROUP,
INC., et. al,**

     **Defendants.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the Joint Motion for Entry of a Protective Order (Dkt. #170), Defendants', Deslin Hotel's, Irene Devlin's, and Dennis Devlin's, Motion to Compel Discovery Responses (Dkt. #170), and Playboy Defendants' Response to Deslin Hotel's, Irene Devlin's and Dennis Devlin's Motion to Compel Discovery Responses (Dkt. 181).   Plaintiff has entered into a settlement agreement (hereinafter, the "Settlement Agreement") with the following defendants: Playboy Entertainment Group, Inc.; Playboy Enterprises, Inc.; Playboy Enterprises International, Inc.; Playboy.com, Inc.; Lincolnwood Motion Pictures, L.L.C.; Modern Entertainment, Ltd.; New City Releasing, Inc.; Image Entertainment, Inc.; Trans World Entertainment Corp.; Best Buy Company, Inc.; iN DEMAND L.L.C.; Time Warner Entertainment-Advance/Newhouse Partnership; and Cox Communications, Inc. (collectively, the "Settling Defendants").   Plaintiff has objected to Interrogatories and Requests for Production relating to the Settlement Agreement made on

behalf of the following defendants:  Deslin Hotels, Inc. d/b/a Desert Inn Resort Motel, Irene Devlin, and Dennis Devlin (collectively, the "Deslin Defendants").   This Court has considered the motions and the arguments of the moving parties.

It is therefore ORDERED AND ADJUDGED that:

1.      The Joint Motion for Entry of a Protective Order (Dkt. #170) is **GRANTED**. All parties and their respective attorneys with access to the terms of the Settlement Agreement are hereby prohibited from disclosing the terms and conditions of the Settlement Agreement to third parties.

2.      Defendants', Deslin Hotel's, Irene Devlin's, and Dennis Devlin's, Motion to Compel Discovery Responses (Dkt. #180) is **GRANTED** in part.  Within ten (10) days of the date hereof, Plaintiff shall respond to the Interrogatories and Requests set forth in the Motion to Compel and produce the Settlement Agreement to the Deslin Defendants.  This Court reserves jurisdiction as to the award attorneys' fees and costs pending the conclusion of this case.

3.      The Deslin Defendants and their respective attorneys shall be bound by the confidentiality requirements of the Settlement Agreement.

4.      The Clerk is directed to terminate the following motions as moot: (i) Motion for Summary Judgment and Incorporated Memorandum of Law of Defendants Time Warner Cable and Cox Cable (Dkt. #146); (ii) Defendants' Dispositive Motion for Summary Judgment & Memorandum of Law in Support Thereof (Dkt. #154); (iii) Playboy Defendants'

Request for Oral Argument On Their Dispositive Motion for Summary Judgment (Dkt. #156); and (iv) Motion for Permission to File Video Materials Under Seal (Dkt. #155).

5.     The Clerk is directed to terminate the Settling Defendants (as defined herein) from this case.

**DONE** and **ORDERED** in Tampa, Florida on April 2, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2005\05-cv-692. protective order.frm