**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JULIE AMANDA TILTON,**

    **Plaintiff,**

**v.**                                                                           **Case No.  8:05-cv-692-T-30TGW**

**DESLIN HOTELS, INC., et. al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Deslin Hotels, Inc., Irene Devlin, and Dennis Devlin's (the "Deslin Defendants") Motion to Strike Notice of Filing Deposition Transcript of David Barton (Dkt. 269), and Plaintiff's Memorandum in opposition to the same (Dkt. 271).  On August 14, 2006, the Court granted the parties' Stipulated Motion to deem discovery conducted in *Brietfellar and Gautreaux v. Playboy Entertainment Group, et al*, Case No. 8:05-cv-405-JSM-TBM, in the United States District Court, Middle District of Florida, Tampa Division ("*Brietfellar*"), to have occurred in this action.  As the subject deposition transcript of David Barton was filed in its entirety in *Brietfellar*, it has already been deemed to have been filed in this case.  The transcript is not new evidence, as argued by the Deslin Defendants.

It is therefore ORDERED AND ADJUDGED that the Deslin Defendants' Motion to Strike  Notice of Filing Deposition Transcript of David Barton (Dkt. 269) is **DENIED as moot**.

**DONE** and **ORDERED** in Tampa, Florida on March 21, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-692.mt strike deposition.frm